# EXHIBIT A

Page 1

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK
     ----------------------------------------X

4    HICKSVILLE WATER DISTRICT,

5                        Plaintiff,

6
              -against-           Civil Action No.:

7                                 2:19-cv-06070-PKC-RML

8
     JERRY SPIEGEL ASSOCIATES, INC., et al.,

9
                        Defendants.

10   ----------------------------------------X

11                        111 Great Neck Rd Suite 600
                          Great Neck, NY 11021

12                        November 29, 2023
                          10:26 a.m.

13

14

15   VIDEOTAPED EXAMINATION BEFORE TRIAL of PAUL

16   GRANGER, a Non-Party Witness herein, taken by

17   the Plaintiff, held at the above-mentioned

18   location, pursuant to Subpoena, taken before

19   DANIELLE DEYOUNG, a Shorthand Reporter and Notary

20   Public in and for the State of New York.

21

22

23

24

25

                        P. GRANGER

1    product these manufacturers produced?

2         A     Well, the primary ones would

3    be PFOA and PFOS.

4         Q     Are you referencing a

5    litigation filed against manufacturers of

6    firefighting foams containing PFOS, or

7    perfluorinated compounds?

8         A     Yes.

9         Q     Is there any other -- so other

10   than the action filed against the

11   manufacturers of the firefighting foams,

12   are there any other litigations that

13   Hicksville Water District has filed

14   relating to contamination by

15   perfluorinated compounds?

16        A     Outside of -- so the -- the

17   case I'm here, today, involves, you know,

18   the perfluorinated compounds.  So outside

19   of that, and the manufactures, no.

20        Q     Okay.  With respect to the

21   firefighting foams case, are you aware of

22   any settlements or potential settlements

23   that have been reached in that case?

24        A     Yeah.  There -- there is a

Page 40

1                    P. GRANGER
2    potential settlement.
3         Q       Are you aware if the Water
4    District is going to receive settlement
5    funds in connection with this potential
6    settlement?
7         A       The board is still deciding --
8    I forget the exact dates when that
9    determination needs to be made; but the
10   way I understand the settlement, or the
11   proposed settlement that is on the table
12   is that the District has to opt out if it
13   does not want to proceed.  So my board
14   has not made that determination as of --
15   at this time.
16        Q       I think you referenced a date
17   by which the Board of the Hicksville
18   Water District will make a determination,
19   correct?
20        A       Correct.
21        Q       Do you know what that date is?
22        A       I -- there were many dates
23   thrown out, but it's a date in December,
24   and it is coming up close.  If you don't
25   mind, I -- I have to -- I have a water

```
                                        Page 41
 1                    P. GRANGER
 2      main break.  If we could take a quick
 3      break.
 4             MS. KAPOANO:  Yes, we can take a
 5          quick break.  We can go off the
 6          record.
 7             THE VIDEOGRAPHER:  We are now off
 8          the record.  The time on the video
 9          monitor is 10:57 a.m.
10                      (Whereupon, a recess took
11                      place.)
12             THE VIDEOGRAPHER:  We are now
13          back on the record.  The time on the
14          video monitor is 11:05 a.m.
15             MR. GITELMAN:  Ariel, before we
16          go, you marked 21 as five, right?
17             MS. KAPOANO:  I did not.  So I am
18          going to mark tab 21 as Exhibit 5.
19                      (Whereupon, Exhibit 5 was
20                      marked for
21                      identification.)
22   BY MS. KAPOANO:
23          Q     Mr. Granger, hopefully the
24      water main break is settled.
25          A     It is.  Thank you.
```

```
                                     Page 120
 1                     P. GRANGER
 2        Q        So to the extent that the
 3    Water District has admitted in their
 4    interrogatory responses that the only
 5    sites that these particular defendants
 6    named in this lawsuit have caused release
 7    of 1,4-dioxane, impacting Plants 4 and 5.
 8               And I don't have all to have
 9    the documents to show you, so I'm just
10    doing to represent that that's the Water
11    District's submission.  Can you confirm
12    that the Water District is not seeking
13    the cost to install AOP treatment at
14    Plants 1, 6, 8, 9, 11 and potentially 10?
15        A        Yeah.  Those costs -- if those
16    wells are not being impacted by the
17    defendants, we would not roll those costs
18    into those --
19        Q        So --
20        A        -- damages.
21        Q        I'm sorry to cut you off.
22               So the Water District, in this
23    litigation, is seeking to be compensated
24    for the costs to install as well as
25    operate and maintain, the AOP treatment
```

```
                                          Page 121
 1                    P. GRANGER
 2      systems that have been implemented at
 3      Plants 4 and 5 only.  Is that accurate?
 4           A      Yes.
 5                MS. KAPOANO:  Okay.  Let's turn
 6           to tab 13, and we are going to mark
 7           that as Exhibit 10.
 8                     (Whereupon, Exhibit 10
 9                      was marked for
10                      identification.)
11   MS. KAPOANO:
12           Q      Mr. Granger, do you recognize
13      the document at tab 13?
14           A      Yes.
15           Q      And what is this?
16           A      This was a document that was
17      prepared by the Hicksville Water District
18      signed by the superintendent at that time
19      that was sent to the EPA.
20           Q      What is the subject of this
21      letter that was sent by the Water
22      District to the EPA?
23           A      If you don't mind, I will go
24      through the letter.
25           Q      Sure take your time.
```

```
                                        Page 248
 1                    P. GRANGER
 2      funding source"; one is denoted with the
 3      line "settlement," and the other one is
 4      "2018 bond."  Do you see that?
 5           A      Yes.
 6           Q      Are these numbers listed
 7      here -- first of all, are these numbers
 8      reflecting the total -- sorry, strike
 9      that.
10                    So first this settlement
11      number that's listed here, what's that
12      number?
13           A      That number is from a prior
14      settlement.  I am just trying to recall
15      the particular case.  And there was a
16      case where the settlement could only be
17      used for Plant 4, I believe.
18           Q      So just following the chart
19      here, it appears as though the total
20      costs that have been paid so far for the
21      interim treatment plant at Plant 4, that
22      3.1 million number, has been taken
23      entirely from the settlement amount
24      listed here of 3,544,576; is that
25      accurate?
```

```
                                              Page 249
 1                    P. GRANGER
 2         A       Yes.
 3         Q       Okay.  And there is still a
 4   remaining balance from the settlement
 5   that you referenced has been earmarked
 6   for Plant 4 of $441,4-dioxane16?
 7         A       Yes.
 8         Q       And the 2018 bond number
 9   listed here which is 5.479 million.  And
10   it appears, according to this chart, that
11   that amount has not been tapped into yet;
12   is that correct?
13         A       Correct.
14         Q       So for the remaining cost
15   estimate for the permanent phase of the
16   AOP treatment at Plant 4, what do you
17   expect the funding source to be?
18         A       So it could be from the 2018
19   bond.  It's all a function of cash flow.
20   And since we did receive a grant for the
21   plant, but it's a reimbursement grant,
22   not -- they don't front you the money.
23              So once you receive the
24   settlement money, then you the tap into
25   the bond money.  Then that would mean we
```

Page 251

1                  P. GRANGER
2      believe you just clarified that
3      represents total from the WIIA grant?  Is
4      that he Water Infrastructure Improvement
5      Act?  Is that what that's an acronym for?
6          A     Yes.
7          Q     Okay.  So that number is both
8      from the WIIA grant and the small SUNY
9      grant that was received for the pilot
10     study, right?
11         A     Yes.
12         Q     Okay.  So it looks like from
13     this chart, the Water District has
14     received this 2186938 number from those
15     two grant funding sources; is that
16     correct?
17         A     Yes.
18         Q     But as you just testified, the
19     total funding so far for the Plant 4
20     treatment system has come solely from the
21     Plant 4 settlement; is that correct?
22         A     Yes.  That was used to --
23     yeah, so you need to put the money out so
24     the grant reimburses you that, so yes, if
25     you follow the columns, that's correct.

1                   P. GRANGER

2      obviously segregated because it's

3      identified separately.  It was, at that

4      time, a separate account.

5           Q       And are there restrictions on

6      the ways in which the Water District can

7      spend those funds that have been placed

8      in the settlement fund?

9           A       I'd have to go back to some of

10      the -- perhaps the resolutions.  I think

11      the restriction would be based on the

12      agreement in the settlement.

13          Q       So there would be particular

14      board meeting resolutions relating to the

15      conditions under which the Water District

16      could spend those monies received in

17      settlement?

18          A       There may be.

19          Q       Okay.  And as we went through

20      the cost report earlier, one way to look

21      at how the Water District has spent those

22      funds is to see how it's outlined in the

23      cost reports for each plant?

24          A       Oh, yes.

25          Q       Okay.  We're going to turn to

                    P. GRANGER

1    Q    And it says "under funding
2    source" 4,266,627; do you see that?
3    A    Yes.
4    Q    And then the following column
5    says "amount paid as of 12/31/22," and
6    that number is in parenthesis; do you see
7    that?
8    A    Yes.
9    Q    Does that indicate, to date,
10   the cost to install Plant 5 AOP treatment
11   system -- strike that.
12             Does that indicate that, to
13   date, of the cost that has been spent to
14   install AOP treatment at Plant 5
15   $4.299 million of that cost came from a
16   settlement?
17             MS. KAPOANO:  Sorry.  Could your
18        read that back?
19                  (Whereupon, the requested
20                   testimony was read back
21                   by the reporter.)
22   BY MS. KAPOANO:
23   Q    Do you understand the
24   question?

```
                                          Page 274
 1                      P. GRANGER
 2          A       Yes.
 3          Q       And your answer?
 4          A       Is, yes.
 5          Q       Okay.  And just real quick,
 6     the total cost that has been spent to
 7     date for Plant 5, is that number that's
 8     represented next to "total paid" section
 9     that begins with nine point -- the
10     $9,621,577?
11          A       Yes.
12          Q       Okay.  So total cost for Plant
13     5 would be -- total cost for Plant
14     5 treatment, as of the date of this
15     document, is be represented by the $9.6
16     million-dollar number, correct?
17          A       Yes.
18          Q       And the sources of funding for
19     that total number can be found in the
20     table below that number.
21          A       Yes.
22          Q       Okay.  Do you believe four
23     point -- the nearly 4.3 million number
24     listed here, do you believe that that
25     number -- strike that.
```

Page 275

1              P. GRANGER

2              Do you believe that the

3       4,299,627 dollar-number listed here stems

4       from the Plant 5 VOC litigation that we

5       discussed earlier?

6          A       Stems from that -- so also,

7       I'm just thinking aloud, because the

8       district was -- it's my understanding,

9       the Water District was part of that the

10      MTBE litigation, so I'm not sure if that

11      settlement money was also co-mingled in

12      that, or was it spent down.  So it was a

13      lot of -- so if there was a settlement

14      with regard to four and five, so the

15      answer -- you know, that money probably

16      is in that amount.

17         Q       Well, we are discussing two

18      settlements here.  We discussed the Plant

19      4 settlement?

20         A       And there's a separate

21      settlement for five.

22         Q       And is it your testimony that

23      there's a separate settlement for Plant

24      5, which I believe you referenced earlier

25      when we looked at the complaint filed for

Page 276

                    P. GRANGER

1

2      Plant 5.

3          A       Yes.

4          Q       Okay.  Where can we find --

5      strike that.

6                  You just mentioned that it is

7      possible that other settlement funds have

8      been co-mingled and potentially

9      recommended by the total amount listed

10     here, correct?

11         A       It's possible, but then the

12     MTBE the settlement was so far away that

13     that money may have been expended.  Once

14     again, I shouldn't speculate because I

15     wasn't there to follow the bouncing ball

16     of accounting, but I can certainly answer

17     your questions with regard to the

18     settlements that are more recent.

19         Q       Where would we find the

20     information that we are requesting here,

21     which is specifically:  To what extent

22     does the line item here denoted with the

23     word "settlement," to what extent does

24     that come from the Plant 5 VOC

25     settlement?  Where can we find that

Page 277

```
 1                    P. GRANGER
 2      information?
 3          A      Surely, there would be some
 4      accounting for that, so I would have to
 5      review that with our treasurer.
 6              MR. GITELMAN:  Can you go back a
 7          few minutes to looking at Plant 5
 8          costs, and you mentioned some line
 9          that total cost, and I think you
10          looked at the wrong line.  Can you go
11          back to that?
12              MS. KAPOANO:  Okay.  The total
13          paid amount for Plant 5 treatment as
14          represented on this document, where
15          can I find that?
16              MR. GITELMAN:  Total paid amount.
17          Okay.  You said "total cost."
18          Total --
19              THE WITNESS:  She said total
20          paid.
21              MR. GITELMAN:  Okay.  Thank you.
22      BY MS. KAPOANO:
23          Q      Going back to what you just
24      referenced as far as looking at the
25      accounting documents, what accounting
```

1                       P.  GRANGER

2      documents are you referencing?

3          A       Whatever my treasurer has in

4      order to break down those settlements, if

5      he has such documents.

6          Q       So it's your understanding

7      that there are documents that are

8      maintained by the Water District, and

9      specifically that are -- strike that.

10                  So it's your understanding

11     that there are accounting documents

12     maintained by the Water District that

13     would contain a further breakdown of

14     where and when the funding listed here

15     under the line item "settlement" comes

16     from?

17         A       There may be.

18         Q       Okay.  And earlier when we

19     were discussing the board meeting

20     minutes, you talked about how the

21     settlement funds that were listed on

22     those meeting minutes -- and we can turn

23     back to that if you need to, but they

24     were -- actually, let's turn back to

25     that.

Page 280

```
 1                   P. GRANGER
 2          that is because, you should have
 3          something on top.
 4   BY MS. KAPOANO:
 5          Q       So generally speaking, when
 6      the Water District receives funding in a
 7      settlement, does it place that funding in
 8      an interest-bearing account at a bank?
 9          A       Yes.
10          Q       Does it receive bank
11      statements as far as money earned through
12      interest on those accounts?
13          A       Yes.
14          Q       And the Water District
15      maintains copies of those bank
16      statements?
17          A       Yes.
18          Q       Where would those documents be
19      located?
20          A       At the District.
21          Q       Electronically or in hard
22      copy?
23          A       Depending how far back,
24      combination of both.
25          Q       And would the Water District
```

Page 281

P. GRANGER

1
2      be able to retrieve all such bank
3      statements relating to funds that were
4      received in settlement?
5           A      I believe so.
6           Q      I have just a few more
7      questions on this topic, and then we can
8      take a break.  I know it's been a little
9      while.
10                 Are you aware of any other
11     settlements, other than what we've just
12     discussed today, that have been received
13     by the Water District for the
14     installation of AOP treatment at Plant 5?
15          A      No.
16          Q      Same question for Plant 4.
17          A      No.
18          Q      I'm going to name for you
19     settling defendants in this case.  So
20     each of these parties has filed notice
21     with the Court that they've settled with
22     the Water District, and I'm going to ask
23     you how much money you received in the
24     settlement payment from each of these
25     defendants.  So do you understand what

Page 282

```
 1                        P. GRANGER
 2        I'm asking?
 3             A       Yes.
 4             Q       All right.  So the first --
 5             MR. GITELMAN:  I will -- you can
 6        ask him if you know, but not the
 7        amount of the payment.  I'll instruct
 8        him not to answer at this time.
 9             MS. KAPOANO:  On what basis are
10        you instructing him not to answer?
11             MR. GITELMAN:  There is a motion
12        pending right now in courts, so once
13        it's determined, we can revisit the
14        issue.
15             MR. HOOKER:  But you said we
16        could ask questions in deposition, to
17        the Court.
18             MR. GITELMAN:  You can ask.  You
19        can ask to the extent he knows.
20             MR. HOOKER:  You said you're
21        instructing him not to answer.
22             MR. GITELMAN:  Well, it depends
23        on the specific question.  Go ahead.
24     BY MS. KAPOANO:
25             Q       So the question is what I just
```

Page 283

1                    P. GRANGER

2      laid out which is:  How much money did

3      you receive from each of these parties?

4              MR. GITELMAN:  If he knows.

5              MS. KAPOANO:  Okay.  And I'll

6          point out for the record that it

7          would be very beneficial to have

8          access to these documents so that the

9          witness doesn't have to rely on his

10         memory.

11         Q      But we'll go with your memory

12     for now.  The first party is B&G

13     Lighting, doing business as Spectrum.  Do

14     you know how much money was received from

15     that party?

16         A      I don't recall.

17         Q      What about IMC Eastern

18     Corporation?

19         A      I don't recall.

20         Q      ITC Corporation?

21         A      I don't recall.

22         Q      Fuji Film North America

23     Corporation?

24         A      I don't recall.

25         Q      750 Summa Avenue, LLC?

```
 1                        P. GRANGER
 2         A       I don't recall.
 3         Q       Equity Share 1 Associates?
 4         A       I don't recall.
 5         Q       KB Company?
 6         A       I don't recall.
 7         Q       AF Chem Corporation?
 8         A       I don't recall.
 9         Q       Do you have any recollection
10    of any of the total -- strike that.
11                 Do you have any recollection
12    of how much money the District has
13    received so far in this litigation?
14         A       I do not.
15         Q       Do you know if --
16            MR. GITELMAN:  Can we go off the
17         record for a second?
18            MS. KAPOANO:  Can we -- okay.  Go
19         off the record.
20            THE VIDEOGRAPHER:  We are now off
21         the record.  The time on the video
22         monitor is 4:22 p.m.
23                      (Whereupon, a recess took
24                      place.)
25            THE VIDEOGRAPHER:  We are now
```

```
                                      Page 285
 1                    P. GRANGER
 2           back on the record the time on the
 3           video monitor is 4:23 p.m.
 4    BY MS. KAPOANO:
 5           Q      Mr. Granger, I am going to ask
 6        you if you could approximate how much
 7        money has been received from the eight
 8        settling defendants in this matter.
 9           A      From the eight settlement --
10        it wasn't a large amount.  You were
11        asking me specifics, and I can't give you
12        specific numbers.  Magnitude-wise, it was
13        a small amount, in the $100 to $200,000
14        range perhaps.
15           Q      The range that you've just
16        given, which is an approximation of 100
17        to 200,000, is that, to your
18        recollection, the range that has been
19        received from each of the eight
20        defendants I have identified?
21           A      In aggregate.
22           Q      Did you -- did the Water
23        District receive more than $200,000 from
24        any of the eight defendants that I
25        identified.
```

Page 286

1                    P. GRANGER

2        A        I don't recall.

3        Q        Have the funds received from

4    the eight settling defendants in this

5    matter -- have they been earmarked

6    specifically for 1,4-dioxane treatment?

7        A        I don't think the board has

8    made that determination.  They would be

9    the one that would approve the

10   allocations.

11       Q        So has the board considered

12   approval of settlement agreements with

13   any of these eight defendants?

14       A        Repeat that question again,

15   I'm sorry.

16       Q        Has the board of commissioners

17   approved -- strike that.

18                Earlier today you had stated

19   that the board meeting minute resolutions

20   of the board of commissioners would

21   include information on the approval of

22   the settlement agreement as well as any

23   restrictions on settlement funding,

24   correct?

25       A        Yes.

Page 287

1                    P. GRANGER

2        Q        So in connection with the

3    eight settlements that the Hicksville

4    Water District has entered into in this

5    litigation, has the board approved the

6    settlement agreements with these eight

7    defendants?

8        A        Yeah, if they settled, they

9    would have approved the -- yeah, sure.

10   Yes.

11       Q        And would those board meeting

12   minutes contain the exact amount of the

13   settlement payment?

14       A        I don't believe so.

15       Q        And would those board minutes

16   contain information relating to whether

17   the funds are earmarked for specific

18   types of treatment?

19       A        I don't recall if the board

20   has made their determination of how they

21   are going to use that money yet.

22       Q        Have you looked at the

23   settlement agreements yourself?

24       A        We had our general counsel

25   review it.

Page 288

1                        P. GRANGER

2        Q        So you personally did review

3     any of the eight settlement agreements

4     that have been entered into in this

5     litigation.

6        A        No.

7        Q        And you have no knowledge as

8     to whether the settlement agreements

9     included provisions restricting those

10    funds for 1,4-dioxane treatment only?

11       A        No.  I don't have that

12    knowledge.

13       Q        Have the funds received in

14    settlement from these eight settling

15    defendants -- have they been spent?

16       A        No.  I don't believe so.

17       Q        And where are they being held

18    right now?

19       A        I would assume it was probably

20    put into the general fund at this

21    junction.

22       Q        Are they segregated in a

23    separate interest-bearing account,

24    similar to the settlement funds we looked

25    at in the 2019 board minutes?

Page 289

1                   P. GRANGER

2         A         I don't recall.  I would need

3     to look into that.

4         Q         Do you know if the funds

5     received from the eight settling

6     defendants in this matter have been

7     earmarked for particular plants?  Or can

8     they be spent at any plant in the Water

9     District?

10        A         I don't think we've had that

11    level of conversation yet.

12        Q         Would the commissioners of the

13    Hicksville Water District have reviewed

14    the settlement agreements prior to

15    approving them?

16        A         They would rely on general

17    counsel for their opinion to make that

18    authorization.  So that's more of a legal

19    determination on their end, whether they

20    accept it.

21        Q         Do you know if the settlements

22    with the eight settling defendants in

23    this matter -- do you know if they cover

24    any future unknown contaminants?

25        A         Would it cover it -- I -- once

                        P. GRANGER

1       again, it's to the extent that we can use

2       the money, if it's unrestricted, it could

3       be covered -- used for anything.

4           Q       But you don't know whether or

5       not it's restricted in any way, correct?

6               MR. GITELMAN:  Objection.

7           A       I do not know.

8               MS. KAPOANO:  Okay.  Let's take a

9       break.

10              THE VIDEOGRAPHER:  We are now off

11      the record.  The time on the video

12      monitor is 4:28 p.m.

13                      (Whereupon, a recess took

14                      place.)

15              THE VIDEOGRAPHER:  We are now

16      back on the record.  The time on the

17      video monitor is 4:39 p.m.

18              MS. KAPOANO:  Mr. Granger, I'm

19      going to ask you to turn to tab 39,

20      and we're going to mark tab 39 as

21      Exhibit 24.

22                      (Whereupon, Exhibit 24

23                      was marked for

24                      identification.)

Page 319

1          P. GRANGER

2             C E R T I F I C A T E

3

4          I, DANIELLE DeYOUNG, a Shorthand Reporter

5      and Notary Public of the State of New York, do

6      hereby certify:

7      That the WITNESS whose examination is

8      hereinbefore set forth, was duly sworn, and

9      that such examination is a true record of the

10     testimony given by such WITNESS.

11     I further certify that I am not related to any

12     of the parties to this action by blood or

13     marriage; and that I am in no way interested in

14     the outcome of this matter.

15

16

17

18

19

20          DANIELLE DeYOUNG

21

22

23

24

25