**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

May 17, 2024

100 WALL STREET
NEW YORK, NEW YORK 10005
212.687.0100

JUDI ABBOTT CURRY
MEMBER
DIRECT: 212.313.5404
FAX:    212.687.0659
JCURRY@HARRISBEACH.COM

**By ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Hicksville Water District v. Jerry Spiegel Associates, Inc., et al.*
    **EDNY Case No. 2:19-CV-06070-PKC-RML**

Dear Judge Chen:

Defendant, Loni Jo Realty LLC s/h/a Lonie Jo Realty LLC ("Loni Jo"), has reached a settlement with Plaintiff Hicksville Water District. Please accept this letter as Loni Jo's request that the Court enter the attached proposed Order dismissing Loni Jo from this action. The proposed Order mirrors previous Orders that the Court entered dismissing other settling Defendants from this action.

The proposed Order was circulated to all parties this past week and no party objected. As a result, Loni Jo respectfully requests that the Court enter the proposed Order and dismiss Loni Jo from the action.

Thank you for your time and consideration of this matter.

Respectfully submitted,

HARRIS BEACH PLLC

Judi Abbott Curry

cc:   All counsel of Record (via ECF)